Sergio PARRA–ROMERO, Petitioner,

v.

Alberto R. GONZALES, U.S. Attorney General, Respondent.

No. 06–60633

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

May 9, 2007.

Malvern Clopton Burnett, Law Office of Malvern C. Burnett, New Orleans, LA, for Petitioner.

Thomas Ward Hussey, Director, Alberto R. Gonzales, U.S. Department of Justice, Office of Immigration Litigation, Washington, DC, Caryl G. Thompson, U.S. Immigration & Naturalization Service, District Directors Office, New Orleans, LA, for Respondent.

Before DAVIS, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM: *

Sergio Parra–Romero, a native and citizen of Mexico, appeals the decision of the Board of Immigration Appeals affirming without opinion the Immigration Judge's denial of his application for cancellation of removal under 8 U.S.C. § 1229b. Because cancellation of removal is governed by § 1229b, the jurisdictional bar of 8 U.S.C.

---

374

§ 1252(a)(2)(B)(i) applies in the instant case. This court lacks jurisdiction to review the Attorney General's discretionary decision regarding cancellation of removal. *See Rueda v. Ashcroft,* 380 F.3d 831, 831 (5th Cir.2004); § 1229b(b); § 1252(a)(2)(B)(i). The petition for review is DISMISSED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.